UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

PAUL FISHWICK,

                Plaintiff,

     -against-

ALBERTO GONZALEZ, ET AL.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 5786 (WHP) (JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/07

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | X | Habeas Corpus |
| ____ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ _____ All such motions: ____ |

===========================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: August 9, 2007
       New York, New York

                                          UNITED STATES DISTRICT JUDGE
                                          WILLIAM H. PAULEY III

*Copies mailed to*:

Earl Ian Laidlow, Esq.
Earl Ian Laidlow P.C
225 Broadway, Suite 1410
New York, NY 10007
*Counsel for Plaintiff*

Hon. James C. Francis